# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0982
_____

ALVIN J. FAYSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

March 4, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Alvin J. Fayson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.